**STATE of Missouri, Respondent,**

v.

**William Wallace TERRY, Appellant.**

**WD 78212**

Missouri Court of Appeals,
Western District.

ORDER FILED: December 29, 2015

Chris Koster, Attorney General, Mary H. Moore, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

**738**

Casey A. Taylor, Assistant Public Defender, Columbia, MO, Attorney for Appellant.

Before Division Three: Joseph M. Ellis, Presiding Judge, and Karen King Mitchell and Gary D. Witt, Judges

### Order

Per Curiam:

William Terry appeals from his convictions of two counts of violating an order of protection, which prohibited him from having any contact with his estranged sister. Terry challenges the sufficiency of the evidence that he knowingly violated the order, arguing that there is insufficient evidence that he knew that there was an order of protection in place. We affirm. Rule 30.25(b).